JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | **2:20-cv-03130-VAP-PJWx** | Date | April 17, 2023 |
|---|---|---|---|

| Title | *Mohamed Nahas v. Funko, Inc. et al* |
|---|---|

Present: The Honorable    VIRGINIA A. PHILLIPS, SENIOR UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| WENDY HERNANDEZ | Not Reported |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

Proceedings:    **MINUTE ORDER DISMISSING CASE (IN CHAMBERS)**

On June 11, 2020, the above-entitled case was consolidated with lead case *Gilberto Ferreira v. Funko, Inc. et al.*, Case No. CV 20-2319-VAP-MAAx, ("Consolidated Case"). On December 13, 2022, the Court granted final approval of the settlement, dismissed the action with prejudice and entered final judgment in the Consolidated Case. Accordingly, the Clerk is directed to close this case. (JS-6).

**IT IS SO ORDERED.**